

# NUMBER 13-24-00115-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**JASON LEE WILLIAMSON,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

## ON APPEAL FROM THE 329TH DISTRICT COURT
## OF WHARTON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by counsel and initialed by the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the

case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request,

no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed on the
27th day of June, 2024.